UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) CR.S-07-512 MCE
v. )
)
AMIER SADEGHPOUR )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum          () Ad Testificandum

| | |
|---|---|
| Name of Detainee: | AMIER SADEGHPOUR, REF. # 00956458 |
| Detained at (custodian): | Clark County Detention Center, Las Vegas, NV |

Detainee is:    a.)    (X) charged in this district by:  (X) Indictment  () Information  () Complaint
                                charging detainee with: Possession with Intent to Distribute
    or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
    or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Robin R. Taylor |
| Printed Name & Phone No: | ROBIN R. TAYLOR (916) 554-2722 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum          () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/14/07

_____
United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | | X Male  Female |
| Booking or CDC #: | REF. NO. 00956458 | DOB: | 10/13/54 |
| Facility Address: | 330 S. Casino Center Blvd. | Race: | |
| | Las Vegas, NV 89101 | FBI #: | |
| Facility Phone: | (702) 671-3900 | | |
| Currently Incarcerated For: | Mail Fraud (2 counts). | | |

### RETURN OF SERVICE

Executed on _____ By: _____
                                                                     (Signature)