UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR.S-07-512 MCE |
| v. ) | |
| ) | |
| AMIER SADEGHPOUR ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum        ( ) Ad Testificandum

Name of Detainee:   AMIER SADEGHPOUR, REF. # 75513
Detained at (custodian):   High Desert State Prison, Indian Springs, NV

Detainee is:   a.)   (X) charged in this district by: (X) Indictment ( ) Information ( ) Complaint
         charging detainee with: Mail Fraud (2 counts)
   or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
   or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:   /s/ Robin R. Taylor
Printed Name & Phone No:   ROBIN R. TAYLOR (916) 554-2722
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum        ( ) Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: December 26, 2007.

_____
United States Magistrate Judge

---

Please provide the following, if known:

AKA(s) (if applicable):   _____     Male
Booking or CDC #:   REF. NO. 75513     DOB: 10/13/54
Facility Address:   22010 Cold Creek Road     Race:
    Indian Springs, Nevada 89070     FBI #:
Facility Phone:   (702) 879-6789
Currently Incarcerated For:   Mail Fraud (2 counts).

---

### RETURN OF SERVICE

Executed on   _____    By: _____
                 (Signature)