Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1220

Attorney for Defendant
Amier Sadeghpour

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-00512 MCE | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE | |
| v. ) | | |
| Amier Sadeghpour, ) | Date: 3/19/08 | |
| Defendant. ) | Time: 9:00 a.m. | |
| ) | Judge: Hon. Morrison C. England, Jr. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Esq., Assistant United States Attorney, together with counsel for defendant Amier Sadeghpour, Daniel B. Clymo, Esq., that the status conference presently set for March 19, 2008 be **continued to May 8, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference May 8, 2008.

1

1 | IT IS SO STIPULATED.

2 | Dated: March 18, 2008        /s/ Daniel B. Clymo
3 |                              DANIEL B. CLYMO
    |                              Attorney for Defendant
4 |                              Amier Sadeghpour

5 |
6 | Dated: March 18, 2008        McGREGOR W. SCOTT
    |                              United States Attorney
7 |
8 |                         by:  /s/ Robin R. Taylor
    |                              Robin R. Taylor
9 |                              Assistant U.S. Attorney

1                IN THE UNITED STATES DISTRICT COURT
2              FOR THE EASTERN DISTRICT OF CALIFORNIA
3
4
5
6  UNITED STATES OF AMERICA,      ) Case No.  2:07-cr-00512-MCE
                                  )
7                Plaintiff,       )
                                  )
8      v.                         ) ORDER TO
                                  ) CONTINUE STATUS CONFERENCE
9  Amier Sadeghpour,              )
                                  )
10                                )
                 Defendant.       )
11 _____)

12

13     GOOD CAUSE APPEARING, it is hereby ordered that the March
14 19, 2008 status conference be continued to May 8, 2008 at 9:00
15 a.m. I find that the ends of justice warrant an exclusion of time
16 and that the defendant's need for continuity of counsel and
17 reasonable time for effective preparation exceeds the public
18 interest in a trial within 70 days.  THEREFORE IT IS FURTHER
19 ORDERED that time be excluded pursuant to 18 U.S.C. §
20 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order
21 to May 8, 2008.
22     IT IS SO ORDERED.
23  Dated: March 19, 2008
24
25                                   _____
                                     MORRISON C. ENGLAND, JR.
26                                   UNITED STATES DISTRICT JUDGE
27
28

3