```
1  Daniel B. Clymo
   Attorney at Law
2  Ca. St. Bar No. 214915
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 447-1220
4
   Attorney for Defendant
5  Amier Sadeghpour
6
```

7                     IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

```
10  UNITED STATES OF AMERICA,     )    No. 2:07-cr-00512 MCE
                                  )
11          Plaintiff,             )    STIPULATION AND
                                  )    ORDER CONTINUING
12     v.                         )    STATUS CONFERENCE
                                  )
13  AMIER SADEGHPOUR,             )
                                  )    Date:  5/8/08
14          Defendant.             )    Time:  9:00 a.m.
                                  )    Judge: Hon. Morrison C.
15                                       England, Jr.
16
```

17       IT IS HEREBY stipulated between the United States of America

18  through its undersigned counsel, Robin R. Taylor, Esq., Assistant

19  United States Attorney, together with counsel for defendant Amier

20  Sadeghpour, Daniel B. Clymo, Esq., that the status conference

21  presently set for May 8, 2008 be **continued to June 12, 2008, at**

22  **9:00 a.m.**, thus **vacating** the presently set status conference.

23  Counsel for the parties agree that this is an appropriate

24  exclusion of time within the meaning of Title 18, United States

25  Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time

26  for effective preparation) and Local Code T4, and agree to

27  exclude time from the date of the filing of the order until the

28  date of the status conference June 12, 2008.

                                    1

IT IS SO STIPULATED.

Dated: May 6, 2008        /s/ Daniel B. Clymo
                          DANIEL B. CLYMO
                          Attorney for Defendant
                          Amier Sadeghpour


Dated: May 6, 2008        McGREGOR W. SCOTT
                          United States Attorney

                          by:  /s/ Robin R. Taylor
                          Robin R. Taylor
                          Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>AMIER SADEGHPOUR,<br><br>              Defendant.<br>_____ | ) No. 2:07-cr-00512 MCE<br>)<br>)<br>)<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>)<br>)<br>)<br>)<br>) |

GOOD CAUSE APPEARING, it is hereby ordered that the May 8, 2008 status conference be continued to June 12, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to June 12, 2008.

IT IS SO ORDERED.

Dated: May 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3