Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1812 J Street, Suite 22
Sacramento, CA  95814
Telephone:  (916) 447-1220

Attorney for Defendant
Amier Sadeghpour

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-00512-MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| Amier Sadeghpour, | ) | |
| | ) | Date:  6/12/08 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Esq., Assistant United States Attorney, together with counsel for defendant Amier Sadeghpour, Daniel B. Clymo, Esq., that the status conference presently set for June 12, 2008 be **continued to July 24, 2008, at 9:00 a.m.,** thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference July 24, 2008.

1

```
1  IT IS SO STIPULATED.
2  Dated: June 2, 2008              /s/ Daniel B. Clymo
                                   DANIEL B. CLYMO
3                                  Attorney for Defendant
                                   Amier Sadeghpour
4
5
   Dated: June 2, 2008             McGREGOR W. SCOTT
6                                  United States Attorney
7
                              by:   /s/ Robin R. Taylor
8                                  Robin R. Taylor
                                   Assistant U.S. Attorney
9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                ) Case No.  2:07-cr-00512-MCE
                                         )
                Plaintiff,         )
                                         )
  v.                                     ) ORDER TO CONTINUE STATUS
                                         ) CONFERENCE
Amier Sadeghpour,                        )
                                         )
                                         )
                Defendant.         )
_____           )

    GOOD CAUSE APPEARING, it is hereby ordered that the June 12, 2008 status conference be continued to July 24, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to July 24, 2008.

IT IS SO ORDERED.

 Dated: June 5, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3