1  Daniel B. Clymo
   Attorney at Law
2  Ca. St. Bar No. 214915
   1812 J Street, Suite 22
3  Sacramento, CA  95814
   Telephone:  (916) 447-1220
4
   Attorney for Defendant
5  Amier Sadeghpour

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,    )    CR NO. S-07-0512 MCE
                                )
11         Plaintiff,            )    STIPULATION AND
                                )    ORDER CONTINUING
12    v.                         )    STATUS CONFERENCE
                                )
13 Amier Sadeghpour,             )
                                )    Date:  7/24/08
14         Defendant.            )    Time:  9:00 a.m.
                                )    Judge: Hon. Morrison C.
15                                           England, Jr.

16
        IT IS HEREBY stipulated between the United States of America
17
   through its undersigned counsel, Robin R. Taylor, Esq., Assistant
18
   United States Attorney, together with counsel for defendant Amier
19
   Sadeghpour, Daniel B. Clymo, Esq., that the status conference
20
   presently set for July 24, 2008 be **continued to August 7, 2008,**
21
   **at 9:00 a.m.,** thus **vacating** the presently set status conference.
22
   Counsel for the parties agree that this is an appropriate
23
   exclusion of time within the meaning of Title 18, United States
24
   Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time
25
   for effective preparation) and Local Code T4, and agree to
26
   exclude time from the date of the filing of the order until the
27
   date of the status conference August 7, 2008.
28
                                  1

IT IS SO STIPULATED.

Dated: July 22, 2008            /s/ Daniel B. Clymo
                                DANIEL B. CLYMO
                                Attorney for Defendant
                                Amier Sadeghpour


Dated: July 22, 2008            McGREGOR W. SCOTT
                                United States Attorney

                            by: /s/ Robin R. Taylor
                                Robin R. Taylor
                                Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

```
UNITED STATES OF AMERICA,       ) Case No.  CR.S-07-0512 MCE
                                )
            Plaintiff,           )
                                )
     v.                          ) ORDER TO
                                ) CONTINUE STATUS CONFERENCE
Amier Sadeghpour,                )
                                )
                                )
            Defendant.           )
_____ )
```

GOOD CAUSE APPEARING, it is hereby ordered that the July 24, 2008 status conference be continued to August 7, 2008 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to August 7, 2008.

IT IS SO ORDERED.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3