Daniel B. Clymo
Attorney at Law
Ca. St. Bar No. 214915
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 447-1220

Attorney for Defendant
Amier Sadeghpour

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CR NO. 2:07-cr-00512-MCE |
|                           ) | |
|         Plaintiff,        ) | STIPULATION AND |
|                           ) | ORDER CONTINUING |
|    v.                     ) | JUDGMENT AND SENTENCING |
|                           ) | |
| Amier Sadeghpour,         ) | |
|                           ) | Date:  11/6/08 |
|         Defendant.        ) | Time:  9:00 a.m. |
|                           ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Robin R. Taylor, Esq., Assistant United States Attorney, together with counsel for defendant Amier Sadeghpour, Daniel B. Clymo, Esq., that the judgment and sentencing be continued from November 6, 2008 to **January 15, 2009, at 9:00 a.m.**, thus **vacating** the presently set judgment and sentencing.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the judgment and sentencing January 15, 2009.

1

Specifically the parties request more time to deal with the matter of restitution in this case.

IT IS SO STIPULATED.

Dated: October 30, 2008         /s/ Daniel B. Clymo
                                DANIEL B. CLYMO
                                Attorney for Defendant
                                Amier Sadeghpour


Dated: October 30, 2008         McGREGOR W. SCOTT
                                United States Attorney

                            by: /s/ Robin R. Taylor
                                Robin R. Taylor
                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  CR.S-07-0512 MCE |
| Plaintiff, | ) |
| v. | ) ORDER TO CONTINUE |
| | ) JUDGMENT AND SENTENCING |
| Amier Sadeghpour, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the November 6, 2008 judgment and sentencing be continued to January 15, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to January 15, 2009.

IT IS SO ORDERED.

Dated: November 3, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE