1  LAWRENCE G. BROWN
   Acting United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2722

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  2:07-cr-00512-MCE
12                  Plaintiff,    )
                                  )  STIPULATION AND ORDER RESETTING
13          v.                    )  SENTENCING
                                  )
14 AMIER SADGEHPOUR,              )
                                  )  DATE: January 29, 2009
15                  Defendant.    )  TIME: 9:00 a.m.
   _____)  CTRM: Hon. Morrison C. England, Jr.
16

17      The United States of America, through counsel of record,

18 Assistant United States Attorney Robin R. Taylor, and defendant

19 Amier Sadeghpour, through his counsel of record, John Manning,

20 hereby submit this stipulation and proposed order resetting the

21 sentencing scheduled for January 15, 2009, to January 29, 2009, at

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                                  1

9:00 a.m.  The defendant is aware of the request for continuance and approves of it.

                              Respectfully submitted,

                              LAWRENCE G. SCOTT
                              United States Attorney

Dated: January 13, 2009      By:   /s/ Robin Taylor
                              ROBIN R. TAYLOR
                              Assistant U.S. Attorney
                              Attorneys for Plaintiff


DATED: January 13, 2009      By:   /s/ John Manning
                              JOHN MANNING
                              Attorney for Defendant




                              **ORDER**

        For good cause shown above,

        **IT IS SO ORDERED.**

 Dated:   January 20, 2009

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE